# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
                                 §

WARD, RICHARD ALAN          §    Case No. 11-44594
                                 §
              Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/21/2012 and the deadline for filing governmental claims was 09/21/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,650.01 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,650.01 , for a total compensation of $ 1,650.01 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 33.32 , for total expenses of $ 33.32 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2014          By: /s/ J. E. Cohen
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 11-44594    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WARD, RICHARD ALAN | Date Filed (f) or Converted (c): | 11/01/11 (f) |
| | | 341(a) Meeting Date: | 12/12/11 |
| For Period Ending: | 04/30/14 | Claims Bar Date: | 09/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. nominal cash | 75.00 | 0.00 | | 0.00 | FA |
| 2. checking and savings at 5th 3rd Bank | 750.00 | 0.00 | | 0.00 | FA |
| 3. checking at Chase | 300.00 | 0.00 | | 0.00 | FA |
| 4. misc furniture furnishings and electronics | 150.00 | 0.00 | | 0.00 | FA |
| 5. clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. 357 short magnum | 75.00 | 0.00 | | 0.00 | FA |
| 7. I am doing independent sales of alcoholic beverag | 1.00 | 0.00 | | 0.00 | FA |
| 8. 1997 Mercedes Benz E320 | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. 4 year old computer printer file cabinet, | 50.00 | 0.00 | | 0.00 | FA |
| 10. 15 cases of (6) gin 750ml | 500.00 | 0.00 | | 0.00 | FA |
| 11. PSL rights to two seats for the Chicago Bears | 8,000.00 | 0.00 | | 9,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.11 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $13,101.00 | $0.00 | | $9,000.11 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS FILING MOTION TO SELL BACK TO THE DEBTOR HIS PERSONAL SEAT LICENSES FOR HIS CHICAGO BEAR SEASON TICKETS.
TRUSTEE IS PREPARING HIS FINAL REPORT AND RELATED DOCUMENTS - January 15, 2014.  TRUSTEE IS SUBMITTING HIS TFR TO THE
UST FOR REVIEW - May 1, 2014.

Initial Projected Date of Final Report (TFR): 02/28/14    Current Projected Date of Final Report (TFR): 02/28/14

LFORM1

Ver: 17.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-44594 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WARD, RICHARD ALAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2184  Checking Account |
| Taxpayer ID No: | *******3865 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,985.08 | | 6,985.08 |
| 09/12/12 | 11 | Richard Ward | | 1129-000 | 2,000.00 | | 8,985.08 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.09 | 8,979.99 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.72 | 8,974.27 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.53 | 8,968.74 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.71 | 8,963.03 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.32 | 8,949.71 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 9.42 | 8,940.29 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.02 | 8,928.27 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.28 | 8,914.99 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.83 | 8,902.16 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.23 | 8,888.93 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.79 | 8,876.14 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.20 | 8,862.94 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.18 | 8,849.76 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.73 | 8,837.03 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.14 | 8,823.89 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.70 | 8,811.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.10 | 8,798.09 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.08 | 8,785.01 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.80 | 8,773.21 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 12.74 | 8,760.47 |

Page Subtotals         8,985.08         224.61

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                         Ver: 17.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-44594 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WARD, RICHARD ALAN | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2184  Checking Account |
| Taxpayer ID No: | *******3865 |  |  |
| For Period Ending: | 04/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 13.04 | 8,747.43 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,985.08 | 237.65 | 8,747.43 |
| Less: Bank Transfers/CD's | 6,985.08 | 0.00 |  |
| Subtotal | 2,000.00 | 237.65 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 2,000.00 | 237.65 |  |

Page Subtotals            0.00            13.04

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-44594 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WARD, RICHARD ALAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2235 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3865 | | |
| For Period Ending: | 04/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/12 | 11 | RICHARD WARD | | 1129-000 | 1,000.00 | | 1,000.00 |
| 06/19/12 | 11 | RICHARD WARD | Sale of PSL | 1129-000 | 2,000.00 | | 3,000.00 |
| 06/19/12 | 11 | RICHARD WARD | SALE OF PSL | 1129-000 | 2,000.00 | | 5,000.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 5,000.01 |
| 07/25/12 | 11 | RICHARD WARD | SALE OF PSL | 1129-000 | 2,000.00 | | 7,000.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 7,000.05 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.72 | 6,993.33 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,993.39 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 8.31 | 6,985.08 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,985.08 | 0.00 |

| | COLUMN TOTALS | 7,000.11 | 7,000.11 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 6,985.08 | |
| | Subtotal | 7,000.11 | 15.03 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 7,000.11 | 15.03 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2184 | 2,000.00 | 237.65 | 8,747.43 |
| Money Market Account (Interest Earn - ********2235 | 7,000.11 | 15.03 | 0.00 |
| | 9,000.11 | 252.68 | 8,747.43 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  7,000.11  7,000.11

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 17.05

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| | |     | | |
|---|---|---|---|---|
| Case No: | 11-44594 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WARD, RICHARD ALAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2235  Money Market Account (Interest Earn |
| Taxpayer ID No | *******3865 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********2184

Money Market Account (Interest Earn - ********2235

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 30, 2014 |

| Case Number: | 11-44594 | Claim Type Sequence |
|---|---|---|
| Debtor Name: | WARD, RICHARD ALAN | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,683.33 | $1,683.33 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $22.16 | $22.16 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,407.00 | $1,407.00 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $17,973.76 | $17,973.76 |
| 000002<br>070<br>7100-00 | US Department of Education<br>Direct Loan SVC<br>PO Box 5609<br>Greenville, TX 75403-5609 | Unsecured | | $0.00 | $955.47 | $955.47 |
| 000003<br>070<br>7100-00 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre pa. 18706 | Unsecured | | $0.00 | $21,864.54 | $21,864.54 |
| | Case Totals: | | | $0.00 | $43,906.26 | $43,906.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-44594
Case Name: WARD, RICHARD ALAN
Trustee Name: JOSEPH E. COHEN

Balance on hand                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000002 | US Department of Education Direct Loan SVC PO Box 5609 Greenville, TX 75403-5609 | $ | $ | $ |
| 000003 | sallie mae c/o sallie mae inc. 220 lasley ave. wilkes-barre pa. 18706 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE