## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WARD, RICHARD ALAN | § | Case No. 11-44594 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 06/20/2014 in Courtroom ,

North Branch Court

1792 Nicole Lane

Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WARD, RICHARD ALAN | § | Case No. 11-44594 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,000.11 |
| and approved disbursements of | $ | 252.68 |
| leaving a balance on hand of[1] | $ | 8,747.43 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,650.01 | $ 0.00 | $ 1,650.01 |
| Trustee Expenses: JOSEPH E. COHEN | $ 33.32 | $ 0.00 | $ 33.32 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,407.00 | $ 0.00 | $ 1,407.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 22.16 | $ 22.16 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,090.33 |
| Remaining Balance | $ | 5,657.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,793.77  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  13.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $            17,973.76 | $            0.00 | $            2,492.52 |
| 000002 | US Department of Education Direct Loan SVC PO Box 5609 Greenville, TX 75403-5609 | $            955.47 | $            0.00 | $            132.50 |
| 000003 | sallie mae c/o sallie mae inc. 220 lasley ave. wilkes-barre pa. 18706 | $            21,864.54 | $            0.00 | $            3,032.08 |

Total to be paid to timely general unsecured creditors            $            5,657.10

Remaining Balance            $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN

TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                    Case No. 11-44594-ABG
Richard Alan Ward                                         Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun          Page 1 of 1          Date Rcvd: May 13, 2014
                              Form ID: pdf006         Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2014.
```
db          +Richard Alan Ward,    914 Beverly Place,   Deerfield, IL 60015-3444
18005164    +Capital One Bank,   c/o Blatt, Hasenmiller, Leibsker & Moore,   125 S. Wacker Dr.  #400,
              Chicago, IL 60606-4440
20311680     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
              Charlotte, NC  28272-1083
18005165     Chase Bank,   Cardmember Services,   P.O. Box 15153,   Wilmington, DE  19886-5153
18005166     Chase Ink,   Cardmember Services,   P.O. Box 15153,   Wilmington, DE  19886-5153
18005167     Chase Mileage Plus,   Cardmember Services,   P.O. Box 15153,   Wilmington, DE  19886-5153
18005168     Chase Slate,   Cardmember Services,   P.O. Box 15153,   Wilmington, DE  19886-5153
18005169    +David Kalfen,   2205 Lakeside Drive,   Bannockburn, IL 60015-1265
18005170     Direct Loans,   US Dept. of Education,   P.O. Box 530260,   Atlanta, GA  30353-0260
18005171    +JF Hillebrand USA,   c/o Mahan & Sigunick Ltd.,   412 S. Wells St.,   Chicago, IL 60607-3923
19179363     US Department of Education,   Direct Loan SVC,   PO Box 5609,   Greenville, TX  75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19118725     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2014 00:58:19     Capital One Bank (USA), N.A.,
              PO Box 248839,   Oklahoma City, OK  73124-8839
18005172     E-mail/PDF: pa_dc_claims@navient.com May 14 2014 00:58:09     SallieMae,   P.O. Box 9500,
              Wilkes-Barre, PA  18773-9500
19281069    +E-mail/PDF: pa_dc_claims@navient.com May 14 2014 00:57:18     sallie mae,   c/o sallie mae inc.,
              220 lasley ave.,   wilkes-barre pa 18706-1496
                                                                                        TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2014 at the address(es) listed below:
```
             Daniel K Robin    on behalf of Debtor Richard Alan Ward danatlaw@aol.com
             E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
              trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
             Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
              jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
             Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
              jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
             Joseph E Cohen    jcohen@cohenandkrol.com,
              jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
             Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 6
```