UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WARD, RICHARD ALAN § Case No. 11-44594
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank c/o Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. #400 Chicago, IL  60606 | | | | | |
| | Chase Bank Cardmember Services P.O. Box 15153 Wilmington, DE  19886-5153 | | | | | |
| | Chase Ink Cardmember Services P.O. Box 15153 Wilmington, DE  19886-5153 | | | | | |
| | Chase Mileage Plus Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Slate Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | David Kalfen 2205 Lakeside Drive Bannockburn, IL 60015 | | | | | |
| | Direct Loans US Dept. of Education P.O. Box 530260 Atlanta, GA 30353-0260 | | | | | |
| | JF Hillebrand USA c/o Mahan & Sigunick Ltd. 412 S. Wells St. Chicago, IL 60607 | | | | | |
| | SallieMae P.O. Box 9500 Wilkes-Barre, PA 18773-9500 | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | SALLIE MAE | | | | | |
| 000002 | US DEPARTMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-44594 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WARD, RICHARD ALAN | Date Filed (f) or Converted (c): | 11/01/11 (f) |
| | | 341(a) Meeting Date: | 12/12/11 |
| For Period Ending: | 12/17/14 | Claims Bar Date: | 09/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. nominal cash | 75.00 | 0.00 | | 0.00 | FA |
| 2. checking and savings at 5th 3rd Bank | 750.00 | 0.00 | | 0.00 | FA |
| 3. checking at Chase | 300.00 | 0.00 | | 0.00 | FA |
| 4. misc furniture furnishings and electronics | 150.00 | 0.00 | | 0.00 | FA |
| 5. clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. 357 short magnum | 75.00 | 0.00 | | 0.00 | FA |
| 7. I am doing independent sales of alcoholic beverag | 1.00 | 0.00 | | 0.00 | FA |
| 8. 1997 Mercedes Benz E320 | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. 4 year old computer printer file cabinet, | 50.00 | 0.00 | | 0.00 | FA |
| 10. 15 cases of (6) gin 750ml | 500.00 | 0.00 | | 0.00 | FA |
| 11. PSL rights to two seats for the Chicago Bears | 8,000.00 | 0.00 | | 9,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.11 | FA |

TOTALS (Excluding Unknown Values): $13,101.00    $0.00    $9,000.11    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS FILING MOTION TO SELL BACK TO THE DEBTOR HIS PERSONAL SEAT LICENSES FOR HIS CHICAGO BEAR SEASON TICKETS. TRUSTEE IS PREPARING HIS FINAL REPORT AND RELATED DOCUMENTS - January 15, 2014. TRUSTEE IS SUBMITTING HIS TFR TO THE UST FOR REVIEW - May 1, 2014. TFR WAS FILED WITH THE COURT ON MAY 12, 2014 -May 31, 2014. TRUSTEE HAS MADE HIS DISTRIBUTION AND IS SUBMITTING HIS TDR TO THE UST FOR REVIEW - December 17, 2014.

Initial Projected Date of Final Report (TFR): 02/28/14    Current Projected Date of Final Report (TFR): 02/28/14

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-44594 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WARD, RICHARD ALAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2184 Checking Account |
| Taxpayer ID No: | *******3865 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,985.08 | | 6,985.08 |
| 09/12/12 | 11 | Richard Ward | | 1129-000 | 2,000.00 | | 8,985.08 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.09 | 8,979.99 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.72 | 8,974.27 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.53 | 8,968.74 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.71 | 8,963.03 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.32 | 8,949.71 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 9.42 | 8,940.29 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.02 | 8,928.27 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.28 | 8,914.99 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.83 | 8,902.16 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.23 | 8,888.93 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.79 | 8,876.14 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.20 | 8,862.94 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.18 | 8,849.76 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.73 | 8,837.03 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.14 | 8,823.89 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.70 | 8,811.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.10 | 8,798.09 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.08 | 8,785.01 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.80 | 8,773.21 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 12.74 | 8,760.47 |
| | | | Page Subtotals | | 8,985.08 | 224.61 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-44594 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WARD, RICHARD ALAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2184  Checking Account |
| Taxpayer ID No: | *******3865 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 8,747.43 |
| 06/23/14 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees<br><br>Fees          1,650.01<br>Expenses         33.32 | <br><br><br>2100-000<br>2200-000 | | 1,683.33 | 7,064.10 |
| 06/23/14 | 300004 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 938.00 | 6,126.10 |
| 06/23/14 | 300005 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 469.00 | 5,657.10 |
| 06/23/14 | 300006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 13.86755% | 7100-000 | | 2,492.52 | 3,164.58 |
| 06/23/14 | 300007 | US Department of Education<br>Direct Loan SVC<br>PO Box 5609<br>Greenville, TX 75403-5609 | Claim 000002, Payment 13.86752% | 7100-000 | | 132.50 | 3,032.08 |
| 06/23/14 | 300008 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre pa. 18706 | Claim 000003, Payment 13.86757% | 7100-000 | | 3,032.08 | 0.00 |

Page Subtotals          0.00          8,760.47

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-44594 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WARD, RICHARD ALAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2184  Checking Account |
| Taxpayer ID No: | *******3865 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,985.08 | 8,985.08 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 6,985.08 | 0.00 | |
| | | | Subtotal | | 2,000.00 | 8,985.08 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,000.00 | 8,985.08 | |

Page Subtotals        0.00        0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-44594 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WARD, RICHARD ALAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2235 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3865 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/12 | 11 | RICHARD WARD | | 1129-000 | 1,000.00 | | 1,000.00 |
| 06/19/12 | 11 | RICHARD WARD | Sale of PSL | 1129-000 | 2,000.00 | | 3,000.00 |
| 06/19/12 | 11 | RICHARD WARD | SALE OF PSL | 1129-000 | 2,000.00 | | 5,000.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 5,000.01 |
| 07/25/12 | 11 | RICHARD WARD | SALE OF PSL | 1129-000 | 2,000.00 | | 7,000.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 7,000.05 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.72 | 6,993.33 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,993.39 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 8.31 | 6,985.08 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,985.08 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 7,000.11 | 7,000.11 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,985.08 | |
| Subtotal | 7,000.11 | 15.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,000.11 | 15.03 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********2184 | 2,000.00 | 8,985.08 | 0.00 |
| Money Market Account (Interest Earn - ********2235 | 7,000.11 | 15.03 | 0.00 |
| | 9,000.11 | 9,000.11 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 7,000.11 | 7,000.11 |
| --- | --- | --- | --- |

Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 11-44594 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WARD, RICHARD ALAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2235 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3865 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********2184
Money Market Account (Interest Earn - ********2235

Page Subtotals          0.00          0.00

Ver: 18.03a